**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 20-14348-CIV-CANNON/Reid**

**MARCUS KELLY**,

       Petitioner,

v.

**FLORIDA DEPARTMENT OF CORRECTIONS**
Ricky D. Dixon, Secretary,

       Respondent.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATIONS**

    **THIS CAUSE** comes before the Court upon Petitioner's pro se Petition for Writ of Habeas

Corpus pursuant to 28 U.S.C. § 2254 [ECF No. 1]. On January 26, 2021, the Court referred this

case to Magistrate Judge Lisette M. Reid for a ruling on all pretrial, non-dispositive matters and

for a Report and Recommendation ("R&R") on any dispositive matters [ECF No. 9].  On June 10,

2022, Judge Reid issued an R&R recommending that Petitioner's Petition be denied on the merits

as to claims 2, 3, 4, 5, and 6A, and dismissed as to claims 1 and 6B, and that the case be closed

[ECF No. 39 p. 25].  Neither party has filed an objection to the R&R, and the time to do so has

expired.

    Upon review, the Court finds the R&R to be well reasoned and correct.  Accordingly, it is

**ORDERED and ADJUDGED** as follows:

    1.      The R&R [ECF No. 39] is **ACCEPTED**.

    2.      Petitioner's Habeas Petition [ECF No. 1] is **DENIED** on the merits as to claims 2,

           3, 4, 5, and 6A, and **DISMISSED** as to claims 1 and 6B.

3.      The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 5th day of July 2022.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record